**No. 53836.**—S. B. Behrens & Company *v.* United States, protest 145745–K (Philadelphia).

Opinion by JOHNSON, J. When this case was called for trial there was no appearance on behalf of the plaintiff. An examination of the record disclosing no evidence sufficient to disturb the action of the collector, which was presumptively correct, the protest was overruled.

**No. 53837.**—The Grady-Travers Co., Inc. *v.* United States, protest 146201–K (New York).

Opinion by JOHNSON, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

**No. 53838.**—American Airlines *v.* United States, protest 147121–K (New York).

Opinion by JOHNSON, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.

**No. 53839.**—Phillips Paper Products, Inc. *v.* United States, protest 147602–K (New York).

Opinion by JOHNSON, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.